UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RUBEN MALIK BOATWRIGHT                                               PETITIONER

V.                                      CIVIL ACTION NO. 3:25-CV-176-KHJ-MTP

WARD CALHOUN                                                         RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 25th day of June, 2025.

                                                s/ *Kristi H. Johnson*
                                                UNITED STATES DISTRICT JUDGE